9/17/25, 6:28 AM                       Yahoo Mail - Great news on the gold and silver and mutual fund holdings. Please read and carefully consider this proposal

Case 3:25-cv-01501-RAD-GLS    Document 14-4    Filed 09/29/25    Page 1 of 2

# Great news on the gold and silver and mutual fund holdings. Please read and carefully consider this proposal

From:   bahdebing@yahoo.com (bahdebing@yahoo.com)

To:     wigberto@lugomender.com

Cc:     javier.micheo@dmralaw.com; elugo@edgelegal.com

Bcc:    pmchemalaw@gmail.com; ismaeltorres2002@yahoo.com

Date:   Tuesday, July 22, 2025 at 09:30 AM AST

Dear Wigberto,

Bobby Bandaris, who co-owns Silver Gold Bull with A-Mark Precious Metals (AMRK on NASDAQ), has agreed to assume all the gold and silver assets and corresponding customer liabilities from the bank as soon as they are recovered from Qenta. Silver Gold Bull is the largest gold dealer in Canada and also exclusively handles gold sales for all U.S. Costco locations. Bandaris is well-known and widely respected in the industry. More importantly, I trust him. I don't trust Brent De Jong at all, and nor should you.

Unlike Qenta, Silver Gold Bull possesses the resources, infrastructure, and personnel to get the job done. Bobby has assured me that he can fully onboard all of the Opt-In customers and fully allocate all their precious metals to their segregated accounts in under 60 days. All you will need to do is provide him with the customer list and their respective holdings. Once allocated, Opt-In customers will have immediate access to their metals. They can either leave them in storage or sell and withdraw the proceeds in cash at their sole discretion. If you want, Silver Gold Bull can even work directly with Qenta to facilitate the transfer of the metals to the bank's custody or directly to Silver Gold Bull's custody if you designate them as the successor custodian.

This is a turnkey solution for all of us. It greatly expedites the liquidation process and eliminates our mutual liability to Opt-In customers should they experience losses as a result of our failure to recover their precious metals from Qenta.

As for the mutual funds, former EPB employee Luiz Schober—who was specifically in charge of the mutual funds and knows exactly how to wind down the funds and liquidate the underlying holdings—has agreed to work for you to complete this task, which he believes he can finish in about one week. He has confirmed he still has access to the breakdown of mutual fund ownership by customer. Once liquidated, the additional cash will be at your disposal to add to the other $19 million we will recover from Qenta, along with the $48 million you already have.

Once all the metals have been sent to Silver Gold Bull, all you will have to do is distribute the approximately $75 million in cash to customers—Opt-In as well as Opt-Out. Then, if any cash remains, you can pay any outstanding debts owed to the bank's other creditors.

I am also willing to offer my services free of charge to the bank to help speed up this process. It's been over three years. Customers should not be kept waiting much longer to regain access to their funds.

I no longer trust Qenta with any of the bank's customer assets and feel that the longer you allow Qenta to retain custody, the greater the risk that Opt-In customers will sustain substantial losses.

This week, I will be filing an action in NY court to compel Qenta to return the precious metals and mutual funds to your custody. While I am acting as a party to the terminated Purchase and Assumption Agreement, I am only doing so in my capacity as the bank's sole shareholder, not on behalf of the bank itself. While I believe I can still prevail moving on my own, I would appreciate it if you joined this lawsuit. I am covering all the legal costs myself and will continue to do so if you join on behalf of the bank. I was the one who proposed the Qenta deal to OCIF, and I'm the one who signed it. That was not on you. So I want to do all that I can to help solve this problem.

Please let me know if you approve of the solution involving Silver Gold Bull and Luiz Schober. If you do, all that remains is for you to join my efforts to recover the transferred assets from Qenta. Legally, Qenta has no choice but to return them to your custody,

Sincerely,

Case 3:25-cv-01501-RAD-GLS   Document 14-4   Filed 09/29/25   Page 2 of 2

various mutual fund news on the gold and silver and mutual fund holdings. Please read and carefully consider this proposal

Peter Schiff