IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WIGBERTO LUGO-MENDER, as Trustee for Euro Pacific International Bank, Inc.,<br><br>    *Plaintiff*,<br><br>    v.<br><br><br>QENTA, INC.; PETER D. SCHIFF; BRENT DE JONG; ABC INSURANCE COMPANY; XYZ INSURANCE COMPANY; and DEFENDANTS A and B,<br><br>    *Defendants*,<br><br>EURO PACIFIC FUNDS SCC LTD.; EURO PACIFIC SECURITIES, INC.; EURO PACIFIC CARD SERVICES LTD. and GLOBAL CORPORATE STAFFING LTD.<br><br>    *Parties In Interest*. | **Civil No.:** 25-cv-1501 (PAD) (GLS) |

**INFORMATIVE MOTION**

    The Court's Minute orders dated October 8, 2025 [ECF 35] ("Order") ordered the parties to meet before October 22, 2025 to discuss, among other things, "the possibility of reaching out of court agreements that could streamline the issues and remedies sought by Plaintiff," and to file an informative motion by October 29, 2025 "on the status of their discussions and proposals for the resolution of Plaintiff's request for provisional remedies."

    Pursuant to the Order, Plaintiff Wigberto-Mender as Trustee for Euro Pacific International Bank Inc. (the "Trustee") and Defendants Qenta, Inc. ("Qenta") and Brent de Jong (together with Qenta, the "Qenta Parties") state as follows:

All of the parties have met on several occasions and in different groupings beginning on October 21, 2025. The Trustee and the Qenta Parties are actively discussing a potential resolution that would address the Trustee's concerns regarding opt-in customers that have animated his Complaint and the request for provisional remedies. The Trustee and the Qenta Parties have generally informed Schiff of these discussions.

The negotiations have been productive, and the Trustee and the Qenta Parties believe that the process would benefit from more time, and that it is premature to schedule an evidentiary hearing on the provisional remedies while these negotiations continue. The Trustee and the Qenta Parties therefore request that they be permitted to submit a further update on the status of their negotiations in two weeks, on November 12, 2025.

In relation to Mr. Schiff's remarks below, it is the position of the Trustee and the Qenta Parties that Mr. Schiff is here as a *defendant*, not a plaintiff, and that he has no standing to speak for EPB or its customers. The Trustee is master of his Complaint and his own motions.

**WHEREFORE**, the Trustee and the Qenta Parties respectfully request that this Honorable Court permit them to submit an informative motion on November 12, 2025 advising as to the status of their discussions and proposals for the resolution of Plaintiff's request for provisional remedies.

Defendant Peter Schiff ("Schiff") states that he enters these negotiations with an open mind and a sincere commitment to advancing the best interests of the customers. However, Mr. Schiff notes that, as of the date of this filing, neither he nor, to his knowledge, the Trustee has received any customer information from Qenta. Furthermore, Defendant Schiff has not been privy to any conversations in which the details or general parameters of a potential resolution have been discussed, nor has he received any information regarding the location or amounts of assets under Qenta's control.

Defendant Schiff respectfully submits that allowing Qenta until November 12, 2025 to produce information that the Court ordered be ready for discussion at meetings to be held no later than October 22, 2025 is not conducive to a prompt and efficient resolution of the matter. While Defendant Schiff will abide by the Court's ruling, he believes that further delay is contrary to the urgency of the issues at hand and the interests of the affected customers.

Finally, and most importantly, Defendant Schiff expressly objects to any exchange of information or negotiation occurring without his participation.

**WHEREFORE**, the Defendant Schiff respectfully request that this Honorable Court take notice of his position on the matter and his opposition to the requested period of time and order the Trustee and Qenta to include him in discussions regarding a potential resolution of any motions or claims currently pending.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of October 2025

| | |
|---|---|
| EDGE Legal, LLC<br>252 Ponce de León Ave.<br>Citibank Tower, Suite 1200<br>San Juan, Puerto Rico 00918<br>Tel. (787) 522-2000<br>Fax (787)522-2010<br><br>  s/Eyck O. Lugo<br>EYCK O. LUGO, ESQ.<br>USDN 216708<br>E-mail: elugo@edgelegal.com<br><br>*Counsel for Plaintiff* | PIRILLO LAW, LLC.<br><br>/s/ *Jose E. Nassar-Veglio*<br>Jose E. Nassar-Veglio<br>PO Box 194981<br>San Juan, PR 00919-4981<br>Tel.: (787) 957-3077<br>USDC-PR 220308<br>jnassar@pirillolaw.com |

3

KATSKY KORINS LLP
Daniel R. Walfish (*pro hac vice*)
Elan R. Dobbs (*pro hac vice*)
605 Third Avenue
New York, New York 10158
Tel.: 212-953-6000
dwalfish@katskykorins.com
edobbs@katskykorins.com

*Attorneys for Defendants Qenta Inc. and Brent de Jong*


DMR Law LLC
Capital Center Bldg.
Suite 1101
San Juan, PR 00918
Tel. 787-331-9970

  *s/Javier F. Micheo Marcial*
Javier F. Micheo Marcial
USDC-PR No. 305310
j.micheo@dmrpr.com

*Attorneys for Defendant Peter Schiff*