# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WIGBERTO LUGO-MENDER, as Trustee for Euro Pacific International Bank, Inc., <br><br>    *Plaintiff*, <br><br>v. <br><br><br>QENTA, INC.; PETER D. SCHIFF; BRENT DE JONG; ABC INSURANCE COMPANY; XYZ INSURANCE COMPANY; and DEFENDANTS A and B, <br><br>    *Defendants*, <br><br>EURO PACIFIC FUNDS SCC LTD.; EURO PACIFIC SECURITIES, INC.; EURO PACIFIC CARD SERVICES LTD. and GLOBAL CORPORATE STAFFING LTD. <br><br>    *Parties In Interest*. | Civil No.: 25-cv-1501 (PAD) (GLS) |

## JOINT INFORMATIVE MOTION
## IN COMPLIANCE WITH COURT ORDER

**TO THE HONORABLE COURT:**

    **COME NOW,** Plaintiff Wigberto Lugo-Mender as Trustee for Euro Pacific International Bank Inc. and Defendants Qenta Inc., Brent de Jong and Peter Schiff (all of the foregoing collectively, "the Parties") by and through their respective counsel, and hereby respectfully inform the Court as follows:

    On January 22, 2026, this Honorable Court entered an Order directing the Parties to inform the Court, on or before January 26, 2026, "on which date(s) the mediation will take place." (Docket No. 72).

The parties have jointly agreed to conduct private mediation before Attorney Francisco Bruno, as previously reported to the Court. The parties hereby inform the Court that the mediation sessions have been scheduled for February 23 and/or 24, 2026.

The Parties remain committed to participating in the mediation in good faith and will promptly advise the Court of the outcome or of any need for further proceedings following the conclusion of the mediation sessions.

**WHEREFORE,** the Parties respectfully submit this Joint Motion in compliance with the Court's Order at Docket No. 72 and request that the Court take notice of the scheduled mediation dates.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of January 2026.

| | |
|---|---|
| THE LUGO LAW FIRM<br>173 O'Neill Street<br>San Juan, Puerto Rico 00918<br>Tel. (787) 705-9043<br><br>/s/Eyck O. Lugo<br>EYCK O. LUGO, ESQ.<br>USDN 216708<br>E-mail: elugo@lugolawfirmpr.com<br><br>*Counsel for Plaintiff* | PIRILLO LAW, LLC.<br><br>/s/ *Jose E. Nassar-Veglio*<br>Jose E. Nassar-Veglio<br>PO Box 194981<br>San Juan, PR 00919-4981<br>Tel.: (787) 957-3077<br>USDC-PR 220308<br>jnassar@pirillolaw.com<br><br>KATSKY KORINS LLP<br>Daniel R. Walfish (*pro hac vice*)<br>Elan R. Dobbs (*pro hac vice*)<br>605 Third Avenue<br>New York, New York 10158<br>Tel.: 212-953-6000<br>dwalfish@katskykorins.com<br>edobbs@katskykorins.com |

*Attorneys for Defendants Qenta Inc. and Brent de Jong*


DMR Law LLC
Capital Center Bldg.
Suite 1101
San Juan, PR 00918
Tel. 787-331-9970

<u>*/s/Javier F. Micheo Marcial*</u>
Javier F. Micheo Marcial
USDC-PR No. 305310
j.micheo@dmrpr.com

*Attorneys for Defendant Peter D. Schiff*